NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | Crim. Action No.: 23-cr-00232 (CCC) |
| v. | |
| AYSHA KHAN | **ORDER** |

This matter has been set for a firm trial date of **NOVEMBER 5, 2025, at 9:30 AM** before this Court in Courtroom 5B, 5th floor of the Martin Luther King Jr., Federal Building, Newark, New Jersey. You must be prepared and ready to proceed for trial at that time. The timeline for pretrial motions and other trial matters shall be as follows:

I. Defendant shall file any and all pretrial motions, including motions *in limine*, no later than **May 9, 2025**. The Government shall file any responses to Defendant's pretrial motions on or before **June 6, 2025**. Defendant shall file any replies by **July 7, 2025**.

II. No later than **September 2, 2025,** the following must be submitted to this Court:

   A. Jointly agreed to proposed *voir dire* questions;
   B. Jointly agreed to neutral statement about the case, not to exceed one paragraph;
   C. Jointly agreed to proposed jury charges. If there are charges on which the parties cannot reach agreement, both parties' versions should be included in the document with each party's position clearly explained, including citations to supporting authorities. The agreed upon charges should be clearly marked as "Agreed Upon" and those not agreed upon should be clearly marked as "Objected To;" and
   D. A single numbered list of <u>all exhibits</u>, including a brief description and any objection to the exhibit; and
   E. A list of all parties, attorneys and witnesses.

   All of these items should be submitted to the Court in electronic format saved in Microsoft Word on a thumb drive.

III. No later than **September 2, 2025**, the parties shall provide the Court Deputy a thumb drive containing all exhibits expected to be presented at trial. At trial, all exhibits should be pre-

marked and must include exhibit stickers. Copies of all trial exhibits must be prepared for the Judge, the Law Clerk, the Court Reporter, and opposing counsel.

**The above schedule supersedes any other schedule previously entered by the Court.**

**IT IS** on this 31st day of January, 2025,

**SO ORDERED.**

_____
CLAIRE C. CECCHI, U.S.D.J.