**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Claire C. Cecchi |
| v. | : | Mag. No. 23-232 |
| AYSHA KHAN | : | **ORDER FOR CONTINUANCE** |

1. This matter came before the Court on the joint application of the United States (George L. Brandley, Assistant U.S. Attorney, appearing), and defendant Aysha Khan (by John McMahon, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through February 1, 2027.

2. This Court granted twelve § 3161(h)(7)(A) continuances previously in this case.

3. Counsel for the parties are actively negotiating a potential resolution to resolve this case prior to trial.

4. Counsel for the United States also represented that this continuance is necessary to prevent any more non-excludable days under § 3161 from expiring.

5. The defendant understands her right to have this matter brought to trial within 70 days of the date of her appearance before a judicial officer of this court pursuant to 18 U.S.C. § 3161(c)(1).

6. The defendant, through counsel, has consented to this continuance.

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a. Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation,

b. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial in this matter unnecessary.

c. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from November 2, 2026 through February 1, 2027; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974.

HON. CLAIRE C. CECCHI
United States Magistrate Judge

Dated: November 2, 2026

Form and entry consented to:

George L. Brandley
Assistant U.S. Attorney

*/s John McMahon*

John McMahon
Counsel for Aysha Khan